NA'IL BENJAMIN, ESQ. (SBN: 240354)
BENJAMIN LAW GROUP, P.C.
1290 B Street
Suite 314
Hayward, CA 94541
Telephone: 510-897-9967
Facsimile: 510-439-2632
nbenjamin@benjaminlawgroup.com

Attorneys for Plaintiff
LAMAR BARBARA

JUSTIN T. CURLEY, ESQ. (SBN 233287)
SEYFARTH SHAW, LLP
560 Mission Street, Suite 3100
San Francisco CA 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549
jcurley@seyfarth.com

Attorneys for Defendant
HERE NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR BARBARA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HERE NORTH AMERICA, LLC, a Limited Liability Company; and DOES 1-50,<br><br>　　　　　Defendants. | **Case No.: 3:16-cv-01650-RS**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Judge:**　　Hon. Richard Seeborg<br>**Complaint Filed:**　February 19, 2016 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) in its entirety, as the matter has settled and the Parties have executed a Confidential Settlement Agreement and Release.

///

Dated: August 3, 2018               BENJAMIN LAW GROUP, P.C.

                                    /s/ Na'il Benjamin
                                    NA'IL BENJAMIN
                                    Attorney for Plaintiff Lamar Barbara


Dated:  August ___, 2018            SEYFARTH SHAW, LLP


                                    /s/ Justin T. Curley
                                    JUSTIN T. CURLEY
                                    Attorneys for Defendant
                                    HERE NORTH AMERICA, LLC


    IT IS SO ORDERED.

DATED:  8/6/18                      _____
                                    HONORABLE, RICHARD SEEBORG